**STATE v. McALLISTER**

[351 N.C. 44 (1999)]

STATE OF NORTH CAROLINA v. JOHN HENRY McALLISTER, JR.

No. 135A99

(Filed 8 October 1999)

Appeal by defendant pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 132 N.C. App. 300, 511 S.E.2d 660 (1999), finding no error in a judgment entered 12 September 1997 by Llewellyn, J., in Superior Court, Pender County. Heard in the Supreme Court 15 September 1999.

*Michael F. Easley, Attorney General, by Amy R. Gillespie, Assistant Attorney General, for the State.*

*Nora Henry Hargrove for defendant-appellant.*

PER CURIAM.

AFFIRMED.